# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JUAN MELENDEZ,

    Plaintiff,

v.                                                CASE NO.: 4:12cv20-SPM/GRJ

LEVIN et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 7, 2013. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Tile 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and the objection timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss (doc. 15) is GRANTED; this case is dismissed for lack of subject matter jurisdiction.

3. The Clerk is directed to close this case.

**DONE and ORDERED** this 25th day of March, 2013.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**